

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00662-CR

James Fuller **FITZGERALD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-112
The Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED to the trial court for a new trial.

SIGNED July 30, 2014.

_____
Karen Angelini, Justice